## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Cartha D Williams<br>229 Christine Circle<br>Perry, GA  31069 | **CHAPTER 13**<br><br>**Case Number:** 11-50795-AEC<br><br>**ATTORNEY:**  LYNN HAMILTON JOHNSON |

### TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $245.94 in unclaimed funds on behalf of the below-referenced debtor. The last known address for the debtor is as follows:

Cartha D Williams
229 Christine Circle
Perry, GA  31069


**DATED:** December 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Camille Hope
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Camille Hope, Trustee**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 954
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Macon, GA 31202
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(478) 742-8706